United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KORAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIGERTRADE SERVICES INC., et al.,<br><br>　　　　Defendants. | Case No.  20-mc-80226-AGT<br><br>**ORDER RE: DEBTOR EXAMINATION AND TURNOVER ORDER**<br><br>Re: Dkt. Nos. 20, 23, 28 |

Debtor Tanjila Islam's request to vacate this Friday's judgment debtor examination (*see* Dkt. 28 at 6) is denied.  The judgment creditor, Richard Koral, last examined Islam 332 days ago, on February 5, 2021.  *See* Dkt. 8.  And pursuant to statute, a judgment creditor "may obtain an order of examination if [he] has not caused the judgment debtor to be examined within the preceding 120 days."  Cal. Civ. Proc. Code § 708.110(b), Law Revision Commission Comments to 1982 Addition (West 2021).  This Friday's examination, in other words, is authorized by statute and will proceed.

With respect to Koral's application for a turnover order, on or before January 14, 2022, Koral may submit a reply in response to Islam's opposition.  *See* Dkt. 28.

**IT IS SO ORDERED.**

Dated: January 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ALEX G. TSE
United States Magistrate Judge