UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KORAL,<br><br>        Plaintiff,<br><br>    v.<br><br>TIGERTRADE SERVICES INC., et al.,<br><br>        Defendants. | Case No. 20-mc-80226-AGT<br><br>**ORDER DENYING APPLICATION FOR TURNOVER ORDER**<br><br>Re: Dkt. No. 20 |

Now that Tanjila Islam is in bankruptcy, the Court cannot order her to turn over her own property to satisfy the judgment entered against her and in favor of Richard Koral. *See* 11 U.S.C. § 362(a)(2) (declaring that a bankruptcy petition stays "the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case"). For this reason, Koral's application for a turnover order is denied. If appropriate, Koral may request a separate turnover order applicable only to the property of Tigertrade Services Inc. and may renew the request for a turnover order against Islam after her bankruptcy proceedings end.

**IT IS SO ORDERED.**

Dated: April 14, 2022

ALEX G. TSE
United States Magistrate Judge