UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KORAL,<br><br>        Plaintiff,<br><br>    v.<br><br>TIGERTRADE SERVICES INC., et al.,<br><br>        Defendants. | Case No. 20-mc-80226-AGT<br><br>**ORDER LIFTING STAY AS TO TIGERTRADE SERVICES INC.** |

        The United States Bankruptcy Court dismissed the Chapter 7 case entitled *In re Tigertrade Services, Inc.*, No. 22-40455-WJL (Bankr. N.D. Cal. 2022). *See* Dkt. 61 at 3. In consequence, the automatic stay is lifted as to proceedings against Tigertrade. The stay remains in place as to Tanjila Islam. Islam's bankruptcy proceedings have yet to conclude.

        Before the case was stayed, the Court ordered Tigertrade to sit for a further debtors' examination. *See* Dkt. 53. That examination didn't take place because Tigertrade filed for bankruptcy. Now that Tigertrade is no longer in bankruptcy, a managing agent of Tigertrade must sit for a further debtors' examination on or before March 10, 2023. At that debtors' examination, Tigertrade must answer the questions the Court previously ordered Tigertrade to answer. *See id.* at 1. No further continuances of this exam will be granted absent extraordinary circumstances.

        **IT IS SO ORDERED.**

Dated: February 16, 2023

Alex G. Tse
United States Magistrate Judge